IN THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | } | Case No. 3:15-bk-00379 |
| RENE EDGARDO COTO-LAZO | } | |
| 2635 EDGE O LAKE DR | } | Chapter 13 |
| Nashville, TN 37217 | } | |
| SSN: xxx-xx-4044 | } | Judge Marian F. Harrison |
| | } | |
| Debtor | } | |

---

**THE DEADLINE FOR FILING A TIMELY RESPONSE IS:** April 23, 2015
**IF A RESPONSE IS TIMELY FILED, THE HEARING WILL BE:** May 6, 2015 at 8:30 a.m. in Courtroom One, Second Floor, 701 Broadway, The Customs House, Nashville, TN 37203

---

## NOTICE OF MOTION TO MODIFY CHAPTER 13 PLAN

The Debtor has asked the Court for the following relief: permission to modify Chapter 13 plan.
YOUR RIGHTS MAY BE AFFECTED.
    If you do not want the court to grant the attached motion, or if you want the court to consider your views on the motion, then on or before April 23, 2015, you or your attorney must:

1.     File with the court your written response or objection explaining your position at:

    By Mail:     U.S. Bankruptcy Court, 701 Broadway, Room 170, Nashville, TN 37203
    In Person:     U.S. Bankruptcy Court, 701 Broadway, Room 170, Nashville, TN 37203
            (Monday- Friday, 8:00 a.m. – 4:00 p.m.)

2.     Your responses must state that the deadline for filing responses: **April 23, 2015**, the date of the scheduled hearing is: **May 6, 2015** and the motion to which you are responding is: MOTION TO MODIFY CHAPTER 13 PLAN.

    If you want a file stamped copy returned, you must include an extra copy and a self-addressed, stamped envelope.

3.     You must also mail a copy of your response to:

    James A. Flexer, 176 2nd Avenue North, Suite 501, Nashville, TN 37201, and see Certificate of Service for additional parties to serve (attached hereto)

    If a timely response is filed, the hearing will be held at the time and place indicated above. ***THERE WILL BE NO FURTHER NOTICE OF THE HEARING DATE.*** You may check whether a timely response has been filed by calling the Clerk's office at 615-736-5584 or viewing the case on the Court's web site at www.tnmb.uscourts.gov. If you received this notice by mail, you may have three additional days in which to file a timely response under Rule 9006(f) of the Federal Rules of Bankruptcy Procedure.
    If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting relief.

| | | |
|---|---|---|
| Date: 4/2/15 | Signature: | */s/ James A. Flexer* |
| | Name: | Law Offices of James A. Flexer |
| | Address: | 176 2nd Avenue North, Suite 501, Nashville, TN 37201 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:                         }        Case No. 3:15-bk-00379
RENE EDGARDO COTO-LAZO     }
2635 EDGE O LAKE DR           }        Chapter 13
Nashville, TN 37217             }
SSN: xxx-xx-4044               }        Judge Marian F. Harrison
                                }
       Debtor                 }

## MOTION TO MODIFY CHAPTER 13 PLAN

COMES NOW the Debtor, by and through counsel, and would move this Honorable Court for permission to modify the Chapter 13 plan pursuant to 11 U.S.C. § 1323.

The Debtor's Chapter 13 proceeding was filed on January 21, 2015, with a plan proposing to pay a dividend of 1% interest to unsecured creditors.

As grounds, the Debtor would state the following:

1. The Debtor seeks permission to modify his Chapter 13 plan because the Debtor is now separated, has had changes in his budget, and is now working two jobs.

2. The Debtor's Chapter 13 plan allows such modification and will allow the Debtor to successfully complete his Chapter 13 plan and reorganize his estate.

3. The dividend to general unsecured creditors shall remain 1% and the Debtor will surrender future tax refunds.

4. Attached is an amended family budget along with a certification of the Debtor.

### STATEMENT OF IMPACT

5. The Debtor's Chapter 13 plan payment shall increase to $1,026.00 bi-weekly, with $513.00 bi-weekly being deducted from each job.

6. The first payroll deduction shall issue to the following:      Vanderbilt
                                                    3319 West End Avenue, Suite 450
                                                    Nashville, TN 37203

7. A second payroll deduction shall issue to the following:      Compass Group North America
                                                    Attn: Payroll
                                                    2400 Yorkmont Road
                                                    Charlotte, NC 28217

8. The dividend to general unsecured creditors shall remain at 1% and the Debtor will surrender future tax refunds.

9. The new base shall be $133,380.00, increased by future tax refunds.

10. The unsecured pool shall be zero.

11. There shall be no change in treatment to other secured creditors.

12. No other terms of the confirmation order shall be affected by this modification.

Respectfully submitted,

  /s/ James A. Flexer
James A. Flexer, BPR #9447
Attorney for Debtor
Law Offices of James A. Flexer
176 2nd Avenue North, Suite 501
Nashville, TN 37201
(615) 255-2893
fax: (615) 242 8849
cm-ecf@jamesflexerconsumerlaw.com

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF TENNESSEE**

| IN RE: | Coto-Lazo, Rene | CASE NO: | 15-00379 |
|---|---|---|---|
| | | CHAPTER 13 | |
| | | JUDGE | Marian F. Harrison |

| | OLD | NEW | INCOME | OLD | NEW |
|---|---|---|---|---|---|
| Date of Budget | | | | | |
| Rent/Mortgage Payment | | | Debtor's net pay | $3,585.00 | $3,557.00 |
| **UTILITIES** | | | Spouse's net pay | | |
| Electric | $150.00 | $150.00 | Regular Other | | |
| Water | $60.00 | $60.00 | Income | | |
| Heat | $100.00 | $100.00 | Support/Alimony | | |
| Telephone | $45.00 | $45.00 | Pension/SS/VA | | |
| Trash | | | Misc. Income | | |
| Cable | $80.00 | $80.00 | **TOTAL INCOME** | **$3,585.00** | **$3,557.00** |
| **Total Utilities** | **$435.00** | **$435.00** | **Total Expenses** | **$1,732.00** | **$1,332.00** |
| Food | $300.00 | $300.00 | | | |
| Clothing | | | Plan Payment | $1,853.00 | $2,225.00 |
| Laundry and Dry Cleaning | $50.00 | $50.00 | Total Expenses | | |
| Newspapers, Books, etc. | $22.00 | $22.00 | plus Plan Payment | **$3,585.00** | **$3,557.00** |
| Medical and Dental | $50.00 | $50.00 | | | |
| Transportation | $300.00 | $300.00 | Difference: | **$0.00** | **$0.00** |
| **INSURANCE** | | | | | |
| Auto | | | **DEPENDANTS** | 0 | 0 |
| Life | | | | | |
| Home | | | | | |
| Renters | | | | | |
| Other | | | **Statement of Impact** | | |
| Property taxes | | | | | |
| Health Insurance | | | Duration of Plan | 60 | 60 |
| **Total Insurance** | **$0.00** | **$0.00** | Dividend to U/S | 1% | 1% |
| Taxes (not deducted from wages) | | | | | |
| Child support | | | Change in treatment | | |
| Home Maintenance | $100.00 | $100.00 | to Secured Creditors | | NONE |
| Other Monthly Expenses(explain) | $400.00 | $0.00 | | | |
| Haircuts/toiletries/cleaning supplies | $50.00 | $50.00 | | | |
| Pet food / supplies | $25.00 | $25.00 | | | |
| Total Monthly Expenses | **$1,732.00** | **$1,332.00** | | | |

## CERTIFICATION

I, the undersigned, do hereby certify under penalties of perjury that I have read and understood the foregoing amended monthly family budget and it is true and correct to the extent of my knowledge, information, and belief.

3/25/15
_____
Date

_____
Debtor

_____
Date

_____
Debtor

# DRAFT

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | } | Case No. 3:15-bk-00379 |
| RENE EDGARDO COTO-LAZO | } | |
| 2635 EDGE O LAKE DR | } | Chapter 13 |
| Nashville, TN 37217 | } | |
| SSN: xxx-xx-4044 | } | Judge Marian F. Harrison |
| | } | |
| Debtor | } | |

## PROPOSED ORDER GRANTING MOTION TO MODIFY CHAPTER 13 PLAN

It appears to the United States Bankruptcy Court for the Middle District of Tennessee that the Debtor filed a Motion to Modify Chapter 13 plan and notice of said motion has been given pursuant to L.B.R. 9013-1 to all parties in interest. It further appears to the Court that twenty-one (21) days have elapsed since the date of service of the motion and no responses have been forthcoming from any party in interest.

It is therefore ORDERED as follows:

1. The Debtor shall be permitted to modify his Chapter 13 plan due to changes in his budget, marital separation, and employment.

2. The Debtor's Chapter 13 plan payment shall increase to $1,026.00 bi-weekly, with $513.00 bi-weekly being deducted from each job.

3. The first payroll deduction shall issue to the following:    Vanderbilt
   3319 West End Avenue, Suite 450
   Nashville, TN 37203

4. A second payroll deduction shall issue to the following:    Compass Group North America
   Attn: Payroll
   2400 Yorkmont Road
   Charlotte, NC 28217

5. The dividend to general unsecured creditors shall remain 1% and the Debtor will surrender future tax refunds to the plan.

6. The new base shall be $133,380.00, increased by future tax refunds.

7. The unsecured pool shall be zero.

8. No other terms of the confirmation order shall be affected by this modification.

IT IS SO ORDERED.

*This order was electronically signed and entered as indicated at the top of the first page.*

APPROVED FOR ENTRY:

_____/s/ James A. Flexer_____
James A. Flexer, BPR #9447
Attorney for Debtor
176 2nd Avenue North, Suite 501
Nashville, TN 37201
(615) 255-2893

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2015, I furnished a true and correct copy of the foregoing to the following parties in interest:

Henry E. Hildebrand, III                    Electronic
Chapter 13 Trustee
P.O. Box 340019
Nashville, TN 37203-0019

Sam Crocker, U.S. Trustee                    Electronic
318 Customs House, 701 Broadway
Nashville, TN 37203

Rene Edgardo Coto-Lazo                    U.S. mail first class
2635 EDGE O LAKE DR
Nashville, TN 37217


37 notices have been served. I have mailed 35 notices.


      /s/ James A. Flexer
James A. Flexer

Creditor

---

**AFNI**
PO BOX 3097
Bloomington IL 61702

---

**Afni, Inc.**
Attention: Bankruptcy
1310 Martin Luther King Dr Bloomington IL 61701

---

**Arrow Financial Services**
5996 W Touhy Ave
Niles IL 60714

---

**AUTO MASTERS**
3103 NOLENSVILLE ROAD
Nashville TN 37211

---

**AUTOMASTERS**
4601 NOLENSVILLE ROAD
Nashville TN 37211

---

**BUFFALOE & ASSOCIATES**
201 FOURTH AVE N
RE: LVNV FUNDING/SAM'S CLUB Nashville TN 37219

---

**CARRINGTON MORTGAGE SERVICES**
P.O. BOX 54285
Irvine CA 92619

---

**CHRISTIAN F. VISSERS, MD, PC**
2400 PATTERSON STREET, STE 102
Nashville TN 37203-6509

---

**Chrysler Financial**
PO Box 8065
Royal Oak MI 48068

---

**Credit Management**
4200 International Pwy
Carrolton TX 75007

---

**ER Solutions/Convergent Outsourcing, INC**
PO Box 9004
Renton WA 98057

---

**Fac/nab**
Attn: ABK Unit
PO Box 198988 Nashville TN 37219

---

**Fort Sill National Ban**
PO Box 33009
Fort Sill OK 73503

---

**Fox Collection Center**
456 Moss Trl
Goodlettsville TN 37072

---

**FRONTLINE ASSET STRATEGIES, LLC**
RE: SPRINT NEXTEL
2700 SNELLING AVE NORTH Saint Paul MN 55113

Creditor

**GAULT FINANCIAL**
6914 Office Park Circle SU 175
Knoxville TN 37909

**Gemb/whitehall**
Attention: Bankruptcy
PO Box 103106 Roswell GA 30076

**Hsbc/rs Ce**
700 N Wood Dale Rd
Wood Dale IL 60191

**INTERNAL REVENUE SERVICE**
CENTRALIZED INSOLVENCY OPERATIONS
POB 7346 PHILADELPHIA, PA 19101-7346

**IRS**
MDP 146
801 BROADWAY NASHVILLE, TN 37203

**IRS**
CENTRALIZED INSOLVENCY OFFICE
PO BOX 7346 PHILADELPHIA, PA 19101-7346

**JEFFERSON CAPITAL SYSTEMS**
PO BOX 953185
Saint Louis MO 63195

**MANN BRACKEN**
209 10TH AVE S SUITE 532
RE: LVNV FUNDING/SAM'S CLUB Nashville TN 37203

**MONOTRONICS**
PO BOX 814530
Dallas TX 75381

**Nco Fin /27**
Po Box 7216
Philadelphia PA 19101

**NCO Financial Systems**
PO Box 4907
Trenton NJ 08650

**Platinum Cap**
1245 S Main St
Grapevine TX 76051

**PORTFOLIE RECOVERY ASSOCIATES, LLC**
RE:
PO BOX 12914 NORFOLK VA 23541

**PREMIER ORTHOPAEDICS & SPORTS MEDICINE**
PO BOX 306073
Nashville TN 37230-6073

**PYOD**
PO BOX 19008
Greenville SC 29602

**RADIOLOGY ALLIANCE**
C/O FOX COLLECTION CENTER
PO BOX 528 GOODLETSVILLE, TN 37070

Creditor

**Resurgent Capital Service/Sherman Acquis**
Attention: Bankruptcy Department
PO Box 10587 Greenville SC 29603

**Rushmore Loan Mgmt Ser**
Pob 52708
Irvine CA 92619

**THOMPSON & BOOTH**
RE: GAULT FINANCIAL/US BANK
P.O. Box 196305 Knoxville TN 37939