Dated: 4/9/2015

Marian F. Harrison
US Bankruptcy Judge



# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: } | |
| RENE EDGARDO COTO-LAZO } | Case No. 3:15-bk-00379 |
| 2635 EDGE O LAKE DR } | Chapter 13 |
| NASHVILLE, TN 372167 } | Judge Marian F. Harrison |
| SSN: xxx-xx-4044 } | |
| Debtor } | |

### ORDER GRANTING CONTINUANCE OF CONFIRMATION HEARING

This matter came before the Court on April 01, 2015, the Honorable Judge Marian F. Harrison presiding on the objection to the Debtor's Chapter 13 plan by Rushmore Loan Management Services and the Chapter 13 Trustee. Good cause having been shown, it is hereby ORDERED that the Confirmation Hearing is continued until April 29, 2015 at 8:30 a.m. in Courtroom One, Second Floor, Customs House, 701 Broadway, Nashville, TN.

IT IS SO ORDERED.

*This order was electronically signed and entered as indicated at the top of the first page.*

APPROVED FOR ENTRY:

/s/ James A. Flexer
JAMES A. FLEXER, BPR #9447
Attorney for Debtor
176 2nd Avenue North, Suite 501
Nashville, TN 37201
(615) 255-2893
fax: (615) 242 8849
cm-ecf@jamesflexerconsumerlaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on Wednesday, April 08, 2015 I furnished a true and correct copy of the foregoing to the following parties in interest:

<u>Electronic</u>
Henry E. Hildebrand, III
Chapter 13 Trustee
P.O. Box 340019
Nashville, TN 37203-0019

<u>Electronic</u>
Sam Crocker, U.S. Trustee
318 Customs House, 701 Broadway
Nashville, TN 37203

<u>U.S. mail first class</u>
RENE EDGARDO COTO-LAZO
2635 EDGE O LAKE DR
NASHVILLE, TN 372167

3 notices have been served. I have mailed 1 notice.

                                            ___/s/ James A. Flexer_____
                                            James A. Flexer

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.