IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE: )
)
RENE EDGARDO COTO-LAZO, ) Bk. No. **15-00379-MH3-13**
2635 Edge O Lake Drive ) Chapter 13
Nashville, TN 37217 ) Judge Marian F. Harrison
)
SSN: XXX-XX-4044 )
)
          Debtor(s). )

**THE DEADLINE FOR FILING A TIMELY RESPONSE IS:** April 23, 2015
**IF A RESPONSE IS TIMELY FILED, THE HEARING WILL BE: As set by debtor:** May 6, 2015 at 8:30 a.m. in Courtroom 1, 2nd Floor Customs House, 701 Broadway, Nashville, Tennessee 37203
**\*\*\*\* Hearing date as set by Court: April 29, 2015 \*\*\*\***

TRUSTEE'S REQUEST FOR HEARING ON DEBTOR'S MOTION
TO MODIFY CHAPTER 13 PLAN

      Henry E. Hildebrand, III, Standing Trustee for Chapter 13 matters in the Middle District of Tennessee, respectfully requests this Court set for hearing the debtor's Motion to Modify Chapter 13 Plan. The Trustee is uncertain as to the relief requested by the debtor.

      The debtor's Chapter 13 plan had not been confirmed. According to 11 U.S.C. § 1323(b), the debtor is free to file a modified plan prior to confirmation of the plan and the plan "as modified becomes the plan."

      There is currently set for hearing on April 29, 2015, the issue of confirmation of the debtor's plan. If the debtor is seeking to modify the plan, the matter should be considered at the confirmation hearing.

      The Trustee is uncertain as to the relief requested by the debtor given the fact the debtor's plan has not been confirmed.

      WHEREFORE, THE PREMISES CONSIDERED, the Trustee requests this Court set for hearing the motion styled a "Motion to Modify Chapter 13 Plan."

                               Respectfully submitted,

                                 /s/ Henry E. Hildebrand, III
                                 _____
                                 Henry E. Hildebrand, III
                                 Chapter 13 Trustee
                                 P. O. Box 340019
                                 Nashville, TN 37203-0019
                                 615-244-1101; Fax 615-242-3241
                                 www.ch13nsh.com
                                 pleadings@ch13nsh.com

CERTIFICATE OF SERVICE

I, the undersigned, hereby certifies that on or before the 14th day of April, 2015, a true and correct copy of the foregoing has been served in the following manner:

*Email by Electronic Case Noticing to:*

U. S. Trustee
James Flexer, Counsel for Debtor

*By U. S. Postal Service, postage prepaid to:*

Rene E. Coto-Lazo, 2635 Edge O Lake Drive, Nashville, TN 37217
Richard Maner, 5775 Glenridge Drive, Bldg. D Suite 100, Atlanta, GA 30328

/s/ Henry E. Hildebrand, III
_____
Henry E. Hildebrand, III
Chapter 13 Trustee

2